### W. OPPERMAN AND ANOTHER v. THE STATE.

The error assigned being the refusal of a new trial, the appeal is dismissed because neither the statement of facts nor the bill of exceptions is signed by the judge.

APPEAL from Austin.   Tried below before the Hon. L. Lindsay.

The case is apparent.

*E. W. Wiechmann,* for the appellant.

*W. Alexander, Attorney General,* for the State.

*Per curiam.*   The statement of facts is not signed nor approved by the judge.   The bill of exceptions, though filed by the clerk, is not signed by the judge.

This cause is therefore dismissed.

DISMISSED.